**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1978**

VIVIAN HARDING,

             Plaintiff - Appellant,

      v.

LESLIE OSBORN, Judge,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:11-cv-00503-REP)

Submitted:  February 9, 2012        Decided:  February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vivian Harding, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vivian Harding appeals the district court's order denying relief on Harding's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Harding v. Osborn</u>, No. 3:11-cv-00503-REP (E.D. Va. Aug. 15, 2011). We deny Harding's motion to amend or correct the informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>